UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SECRETARY, DEPARTMENT
OF LABOR,
    Plaintiff,

Case No. 1:13-mc-0049
Beckwith, J.
Litkovitz, M.J.

vs.

CINCY FIREPROTECTION, INC.,
    Defendant.

**ORDER**

This matter is before the Court upon plaintiff's motion to compel defendant's compliance with a subpoena duces tecum issued to defendant by the Regional Director, Cincinnati Regional Office, Employee Benefits Security Administration, United States Department of Labor ("DOL"). (Doc. 1). The Court reserved ruling on the motion to compel pending an opportunity by defendant to cooperate with the DOL and voluntarily provide the information sought through the subpoena. (Doc. 6). A telephone status conference was held on January 4, 2013, at which the DOL advised the Court that defendant has complied with the subpoena. Accordingly, the motion to compel is DENIED as moot, and this case is CLOSED on the docket of the Court.

    **IT IS SO ORDERED.**

Date: 1/3/14

Karen L. Litkovitz
United States Magistrate Judge